| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JaVonne M. Phillips, Esq., SBN 187474<br>Matthew B. Learned, Esq., SBN 255499<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br>Phone (619) 685-4800 Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Wells Fargo Bank National Association as Trustee under Pooling and Servicing Agreement dated as of August 1 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ4, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing | **FILED & ENTERED**<br><br>JAN 21 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** pickett    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Michael Minarik and Kendra Marie Minarik<br><br>                                                                Debtors. | CHAPTER: 7<br>CASE NO.: 6:09-31895-RN<br>DATE: 1/12/2010<br>TIME: 9:00 AM<br>CTRM: 301<br>FLOOR: 3 |
|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: Wells Fargo Bank National Association as Trustee under Pooling and Servicing Agreement dated as of August 1 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ4, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing)**

1.  The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2.  The Motion affects the following real property (the "Property"):

    *Street Address:* 9819 Kingman Drive
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Mohave Valley, AZ 86440

Legal description or document recording number (including county of recording): 2005070481, Mohave County, Arizona

☒ See attached page

3.  The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4.  As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☐ Modified or conditioned as set forth in Exhibit to this Order.

5.  ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                  **F 4001-10.RP**

| In re: Michael Minarik and Kendra Marie Minarik, | CHAPTER: 7 |
|---|---|
| Debtors. | CASE NUMBER.: 6:09-31895-RN |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-1O.ER).
d. ☐ See attached continuation page for additional provisions.

###

DATED: January 21, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 4

| In re: Michael Minarik and Kendra Marie Minarik,    Debtors. | CHAPTER: 7 <br> CASE NUMBER.: 6:09-31895-RN |
|---|---|

# Legal Description

REF. NO. 09-23872

LOT 11, AND THE NORTHERLY HALF OF LOT 10, BLOCK 9, OF RIVER ROAD CITY, TRACT NO. 1022B, ACCORDING TO THE PLAT THEREOF RECORDED JANUARY 16, 1968, AT FEE NO. 37020, IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.

THE SOUTHERLY LINE OF THE NORTHERLY HALF OF LOT 10 TERMINATES IN THE WEST AT A POINT ON THE WEST LINE OF SAID LOT 10 EQUAL DISTANCE FROM THE SOUTHWEST CORNER OF SAID LOT 10 AND FROM THE MOST SOUTHERLY CORNER OF SAID LOT 11 AND IS MARKED BY A 5/8 INCH REBAR WITH PLASTIC CAP STAMPED RLS 24514.

THE SOUTHERLY LINE OF THE NORTHERLY HALF OF LOT 10 TERMINATES IN THE EAST AT A POINT ON THE NORTHEASTERLY LINE OF SAID LOT 10 EQUAL DISTANCE FROM THE SOUTHEAST CORNER OF SAID LOT 10 AND FROM THE MOST NORTHERLY CORNER OF SAID LOT 10 AND IS MARKED BY A 5/8 INCH REBAR WITH PLASTIC CAP STAMPED RLS 24514.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 4 of 4

| In re: Michael Minarik and Kendra Marie Minarik, | CHAPTER: 7 |
|---|---|
| Debtors. | CASE NUMBER.: 6:09-31895-RN |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 01/15/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee**
ustpregion16.rs.ecf@usdoj.gov

**John P. Pringle**
jpringle@ecf.epiqsystems.com,
johnppringle@earthlink.net

**William S. Tilton**
wstilton@earthlink.net

**McCarthy & Holthus, LLP.**
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR -** Michael Minarik, Kendra Marie Minarik, 820 Colton Avenue, Colton, CA 92324

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                              **F 4001-10.RP**